IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ROBERT LEMON, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:07CV116 ) (Judge Stamp) |
| WAYNE A. PHILLIPS, Warden | ) ) ) |
| Respondent. | ) ) |

## ORDER

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted document under seal herein, more specifically, Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, and having lodged the same with the Clerk of this Court in a sealed envelope, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that Attachment B to Exhibit 1 of Respondent's *Memorandum in Support of Motion to Dismiss as Moot*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

DATED: October 31, 2007

UNITED STATES MAGISTRATE JUDGE